UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                                                  :        *EX PARTE* ORDER
                                                                              :
LETTER ROGATORY FOR                               :        M 93
INTERNATIONAL JUDICIAL                           :
ASSISTANCE FROM THE NATIONAL       :        24-Misc-72
COURT OF FIRST INSTANCE IN CIVIL      :
AND CRIMINAL MATTERS NO. 92,            :
BUENOS AIRES, ARGENTINA,                    :
IN THE MATTERS OF MOIRA KERMAN   :
v. ARIEL FELIPE KOPELOWICZ AND       :
ARIEL FELIPE KOPELOWICZ v.                  :
MOIRA KERMAN                                          :
------------------------------------------------------x

       WHEREAS, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, on behalf of the National Court of First Instance in Civil and Commercial Matters No. 92, Buenos Aires, Argentina, is seeking to obtain information from Broadwood Capital, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "Moira Kerman v. Ariel Felipe Kopelowicz and counterclaim Ariel Felipe Kopelowicz v. Moira Kerman.";

       NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Dominika Tarczynska, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Broadwood Capital and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

       IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Broadwood Capital with a copy of this Order and the accompanying documents.

Dated: New York, New York

Feb. 23, 2024

_____
Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE
sitting in Part I